

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington, D.C. 20507

Office of
General Counsel

VIA CM/ECF  October 1, 2025

Christopher G. Conway, Clerk of Court
U.S. Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re:  *EEOC v. Wal-Mart Stores East, L.P.*, No. 25-1594 (7th Cir.)

Dear Mr. Conway:

     I write regarding the EEOC's participation as Plaintiff/Appellant in the above captioned appeal. As of October 1, 2025, appropriations for funding Federal Government operations, including those of the EEOC, have lapsed. As a Federal Government agency, the EEOC is subject to the federal Antideficiency Act, which provides in part that an "officer or employee of the United States Government … may not— … involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law," 31 U.S.C. § 1341(a)(1)(B), and "… may not accept voluntary services … or employ personal services exceeding that authorized by law except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Such emergencies "do[] not include ongoing, regular functions of the government the suspension of which would not imminently threaten the safety of human life or the protection of property." 31 U.S.C. § 1342.

     Because of the lapse in appropriations of Federal Government funding and the requirements of the Antideficiency Act, EEOC lawyers are prohibited from engaging in non-essential litigation activities in the present circumstances. Accordingly, EEOC employees are barred from communication with the courts on any non-essential EEOC matter until funding is restored. If the Court has any questions for the EEOC regarding this appeal during the course of the shutdown, please contact Associate General Counsel Jennifer Goldstein at (202) 921-2548, or at Jennifer.Goldstein@eeoc.gov.

     Respectfully,

/s Chelsea C. Sharon
CHELSEA C. SHARON
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. NE, Fifth Floor
Washington, D.C. 20507
(202) 921-2889
Chelsea.Sharon@eeoc.gov